**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

05 APR 21  PH 3 4

ROBERT R. DI   CHO
CLERK, U.S. DI    CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| MICHAEL CURSEY and MARY L. HUGHES | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 03-2674 D/V |
| vs. | ) | |
| | ) | |
| FICKRY RAPHAEL, UMA GROUP, LTD. | ) | JURY DEMANDED |
| d/b/a/ CONSULTANTS UMA, SIMON | ) | |
| PROPERTY GROUP, L.P., RALEIGH SPRINGS, | ) | |
| LLC, and SEARS, ROEBUCK and COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

---

This matter is before the Court on the Parties' Joint Motion to extend the discovery deadline and the deadline for the filing of dispositive motions. Upon consideration of the parties' Motion and for good cause shown:

It is therefore, ORDERED, DECREED, and ADJUDGED that the deadline for all written discovery and depositions be extended sixty (60) days, up to and including June 15, 2005, and the deadline for the filing of dispositive motions be extended forty-five (45) days, up to and including July 1, 2005.

ENTERED this the 21st day of __April__ 2005.

_____
~~HONORABLE BERNICE B. DONALD~~
**UNITED STATES ~~DISTRICT COURT~~ JUDGE**
*Magistrate*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _4-22-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Richard D. Bennett
MAIDEN & BENNETT
875 W. Poplar Ave.
Ste. 2
Collierville, TN 38017

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT