IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICAEL CURSEY and MARY L. HUGHES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FICKRY RAPHAEL, UMA GROUP, LTD. ) <br> d/b/a CONSULTANTS UMA, AVIS RENT A ) <br> CAR SYSTEM, INC., SIMON PROPERTY ) <br> GROUP, L.P., RALEIGH SPRING, LLC, and ) <br> SEARS, ROEBUCK, and CO., ) <br> ) <br> Defendants. ) <br> ) | No. 03-2674 D/V |

## ORDER DENYING AS MOOT, WITHOUT PREJUDICE, DEFENDANT SEARS ROEBUCK AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant Sears Roebuck and Company's ("Sears") motion for summary judgment (dkt. # 59). On April 14, 2005, Sears filed a notice of withdrawal of the affidavit of Laura Weeks. In that notice, Sears formally withdrew its summary judgment motion without prejudice to refiling. Thus, the instant summary judgment motion is denied as moot without prejudice to Sears refiling a summary judgment motion.

IT IS SO ORDERED this 2nd day of May, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
875 W. Poplar Ave.
Ste. 2
Collierville, TN 38017

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT