IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, WESTERN DIVISION

MICHAEL CURSEY and MARY L. HUGHES,

    Plaintiffs,

vs.                              NO. 03-2674 D/V

FICKRY RAPHAEL, UMA GROUP, LTD.
d/b/a CONSULTANTS UMA, AVIS RENT
A CAR SYSTEM, INC., SIMON PROPERTY
GROUP, L.P., RALEIGH SPRINGS, LLC., and
SEARS, ROEBUCK AND CO.,

    Defendants.

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

This matter is before the Court on the Parties' Joint Motion to extend the discovery deadline and the deadline for filing expert disclosures. Upon consideration of the Parties' motion and for good cause shown:

It is therefore, ORDERED, DECREED, and ADJUDGED that the deadline for completing all written discovery and depositions and for filing expert disclosures be extended thirty (30) days, up to and including July 15, 2005, with an additional ten (10) day period for objecting to any response, answer, or objection, up to and including July 25, 2005.

ENTERED this the 16th day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-17-05



APPROVED FOR ENTRY:

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

*Lawrence W. White w/ permission by RRO*
Lawrence W. White, #12849
254 Court Ave., Second Floor
Memphis, TN 38103
(901) 527-0214
Attorneys for Sears Roebuck & Company

ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC

*James B. Summers w/ permission by RRO*
James B. Summers
65 Union Avenue
Ninth Floor
Memphis, TN 38103
(901) 763-4200
Attorneys for Simon Property Group, L.P. and Raleigh Springs, LLC

LAW OFFICES OF MAIDEN AND BENNETT

*Richard D. Bennett w/ permission by RRO*
Richard D. Bennett
1155 Halle Park Circle
Collierville, TN 38017
(901) 854-0777
Attorney for Plaintiffs

OWENS LAW FIRM, P.A.

*Andrew H. Owens w/ permission by RRO*
Andrew H. Owens
214 Adams Avenue
Memphis, TN 38103
(901) 525-0616
Attorneys for UMA Group, LTD and Fickry Raphael

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT