FILED BY ___ D.C.

05 JUL 18 AM 10:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CURSEY and MARY L. HUGHES ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 03-2674 D/V |
| vs. ) | |
| ) | |
| FICKRY RAPHAEL, UMA GROUP, LTD. ) | JURY DEMANDED |
| d/b/a/ CONSULTANTS UMA, SIMON ) | |
| PROPERTY GROUP, L.P., RALEIGH SPRINGS, ) | |
| LLC, and SEARS, ROEBUCK and COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

This matter is before the Court on the Parties' Joint Motion to extend the discovery deadline and the deadline for the filing of expert disclosures. Upon consideration of the parties' Motion and for good cause shown:

It is therefore, ORDERED, DECREED, and ADJUDGED that the deadline for all written discovery and depositions and the filing of expert disclosures be extended thirty-seven (37) days, up to and including August 22, 2005, and the deadline for dispositive motions be extended up to and including September 2, 2005.

ENTERED this the 18th day of July 2005.

_____
~~HONORABLE BERNICE B. DONALD~~
~~UNITED STATES DISTRICT COURT JUDGE~~
U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/18/05

**APPROVED FOR ENTRY:**

Law Offices of Maiden and Bennett

*[signature: Rich D. Bennett by JCD w/permission]*

Richard D. Bennett, BPR #13156
875 W. Poplar Avenue, Suite 2
Collierville, TN 38017
(901) 854-0777
(901) 861-4625 facsimile

Attorney For Plaintiffs


Allen, Summers, Simpson, Lillie & Gresham, PLLC

*[signature: James B. Summers by JCD w/permission]*

James B. Summers
80 Monroe Avenue, Suite 650
Memphis, TN 38103-2466
(901)763-4200
(901)684-1768 fax

Attorneys for Simon Property Group, L.P. and Raleigh Springs, LLC


Leitner, Williams, Dooley & Napolitan, PLLC

*[signature: Lawrence W. White by JCD w/permission]*

Lawrence W. White
254 Court Ave., Second Floor
Memphis, TN 38103
(901)312-9410
(901)527-8224 fax

Attorneys for Sears Roebuck & Company

OWENS LAW FIRM, P.A.

*[signature]*

Andrew H. Owens
214 Adams Avenue
Memphis, TN 38103
(901)525-0616
(901)525-0618 fax

ATTORNEYS FOR UMA GROUP, LTD AND FICKRY RAPHAEL

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT