IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 20 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| MICHAEL CURSEY and MARY L. HUGHES | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 03-2674 D/V |
| vs. | ) | |
| | ) | |
| FICKRY RAPHAEL, UMA GROUP, LTD. | ) | JURY DEMANDED |
| d/b/a/ CONSULTANTS UMA, SIMON | ) | |
| PROPERTY GROUP, L.P., RALEIGH SPRINGS, | ) | |
| LLC, and SEARS, ROEBUCK and COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

This matter is before the Court on the Plaintiffs' Motion for Continuance and Extension of Deadlines. Upon consideration of the parties' Motion and for good cause shown:

It is therefore, ORDERED, DECREED, and ADJUDGED that the trial date in the matter is continued to April 3, 2006 and the deadline for discovery and depositions and the filing of expert disclosures be extended up to and including February 3, 2006, and the deadline for dispositive motions be extended up to and including February 18, 2006.

ENTERED, this the 20 day of September 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and / 79(a) FRCP on 9/21/05

**APPROVED FOR ENTRY:**

Law Offices of Maiden and Bennett

_____
Richard D. Bennett, BPR #13156
875 W. Poplar Avenue, Suite 2
Collierville, TN 38017
(901) 854-0777
(901) 861-4625 facsimile

Attorney For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2005, I served a copy of the foregoing pleading upon the following person(s) by:

_____  Hand delivery;

__X__  U.S. Mail (First Class/Postage Prepaid)

__X__  Facsimile

_____  U.S. Mail (Certified/Return Receipt Requested)

TO:  Mr. Andrew H. Owens
     Owens Law Firm, P.A.
     214 Adams Avenue
     Memphis, TN 38103

     Mr. James B. Summers
     Allen, Summers, Simpson, Lillie & Gresham, PLLC
     Brinkley Plaza
     80 Monroe Avenue, Suite 650
     Memphis, TN 38103-2466

_____
J. Christopher Davis

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

J Christopher Davis
LAW OFFICES OF MAIDEN & BENNETT
1155 Halle Park Circle
Collierville, TN 38017

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT