IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 22 AM 6:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL CURSEY and MARY L. HUGHES,

    Plaintiffs,

VS.                                NO. 03-2674 D/V

FICKRY RAPHAEL, UMA GROUP, LTD., d/b/a CONSULTANTS UMA; SIMON PROPERTY GROUP, L.P.; RALEIGH SPRINGS, LLC; and SEARS, ROEBUCK and COMPANY,

    Defendants.

---

### ORDER GRANTING JOINT MOTION FOR GOOD CAUSE TO EXTEND DEADLINE TO SUBMIT JOINT PRE-TRIAL ORDER

---

The joint motion to extend the deadline to submit the join pre-trial motion came to be heard and it appeared to the Court that said Motion was well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND AGREED that the deadline for submitting the joint pre-trial motion is reset to September 16, 2005.

                              JUDGE BERNICE B. DONALD

                              DATE: September 21, 2005

APPROVED FOR ENTRY:

_____
JAMES B. SUMMERS (#4721)
Counsel for Defendants Simon Property

Document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

103

Group, L.P. and Raleigh Springs, L.L.C.

*Richard Bennett* w/ pmn *Keagan F. Grier*
RICHARD D. BENNETT (#013156)
Counsel for Plaintiffs
1155 Halle Park Circle
Collierville, Tennessee 38017
(901) 854-0777

*Andrew H. Owens* w/pmn *Keagan F. Grier*
ANDREW H. OWENS (#9598)
Counsel for Fickry Raphael and
  UMA Group, Ltd.
214 Adams Avenue
Memphis, Tennessee 38103
(901) 525-0616

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

J Christopher Davis
LAW OFFICES OF MAIDEN & BENNETT
1155 Halle Park Circle
Collierville, TN 38017

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT