IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL CURSEY and<br>MARY L. HUGHES<br><br>Plaintiffs,<br><br>v.<br><br>FICKRY RAPHAEL, UMA GROUP,<br>LTD. d/b/a CONSULTANTS UMA,<br>SIMON PROPERTY GROUP, L.P.,<br>RALEIGH SPRINGS, LLC, and<br>SEARS, ROEBUCK, and COMPANY<br><br>Defendants. | No. 03-2674 D/V |

## ORDER TO SHOW CAUSE

On August 4, 2005, Defendant Sears, Roebuck, and Company filed a motion for summary judgment. Plaintiffs Michael Cursey and Mary L. Hughes have not responded to Defendant's motion to date. Accordingly, Plaintiffs are hereby ordered to file a written response within twenty days of this order. Thereafter, Plaintiffs will be deemed to have waived their right to respond and the motion will be decided on the existing record.

IT IS SO ORDERED this 13th day of October, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

J Christopher Davis
LAW OFFICES OF MAIDEN & BENNETT
1155 Halle Park Circle
Collierville, TN 38017

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT