FILED BY _____ D.C.

05 OCT 20 AM 6:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MPHS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MICHAEL CURSEY and
MARY L. HUGHES,

    Plaintiffs,

v.

    Case No.: 03-2674 D V

FICKRY RAPHAEL, UMA GROUP,
LTD., d/b/a CONSULTANTS UMA,
SIMON PROPERTY GROUP, L.P.,
RALEIGH SPRINGS, LLC., and
SEARS, ROEBUCK, and COMPANY,

    Defendants.

## ORDER ON SUMMARY JUDGMENT

On August 4, 2005, Defendant Sears, Roebuck and Company filed a motion for summary judgment. On September 16, 2005, Plaintiff filed a Rule 41 Notice and Order of Voluntary Dismissal as to Defendant, Sears.[1]

IT IS SO ORDERED that the summary judgment motion is dismissed as moot.

**IT IS SO ORDERED** this 19th day of October, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

---

[1] The order was inadvertently placed in the file and accordingly was not docketed.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05

105

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

J Christopher Davis
LAW OFFICES OF MAIDEN & BENNETT
1155 Halle Park Circle
Collierville, TN 38017

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable Bernice Donald
US DISTRICT COURT