IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, WESTERN DIVISION

MICHAEL CURSEY and MARY L. HUGHES,

  Plaintiffs,

vs.

No. 03-2674 D/V

FICKRY RAPHAEL, UMA GROUP, LTD.
d/b/a CONSULTANTS UMA, AVIS RENT
A CAR SYSTEM, INC., SIMON PROPERTY
GROUP, L.P., RALEIGH SPRINGS, LLC.,
and SEARS, ROEBUCK AND CO.,

  Defendants.

## RULE 41 NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT, SEARS, ROEBUCK AND CO.

Come now the Plaintiffs, Michael Cursey and Mary L. Hughes, and notify the Court that they stipulate, with consent of all the parties, to the dismissal of Sears, Roebuck and Co. from the above lawsuit. The remaining Defendants agree, in consenting to this dismissal, that no percentage of fault may be apportioned to Sears in this matter and that the remaining Defendants and the Plaintiffs agree that any fault for the incident shall be apportioned among the remaining parties without reference to Sears.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Sears, Roebuck and Co. is hereby dismissed from this lawsuit with proceedings to continue amongst the remaining parties.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

ENTERED the ___19th___ day of ___October___, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

_____
AARON R. PARKER, #21629
254 Court Ave., Second Floor
Memphis, TN 38103
(901) 527-0214
Attorneys for Sears Roebuck & Company


ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC

_____
JAMES B. SUMMERS, #4721
65 Union Avenue, Ninth Floor
Memphis, TN 38103
(901) 763-4200
Attorneys for Simon Property Group, LP and Raleigh Springs, LLC


LAW OFFICES OF MAIDEN AND BENNETT

_____
RICHARD D. BENNETT, #13156
1155 Halle Park Circle
Collierville, TN 38017
(901) 854-0777
Attorney for Plaintiffs


OWENS LAW FIRM, P.A.

_____
ANDREW H. OWENS, #9598
214 Adams Avenue
Memphis, TN 38103
(901) 525-0616
Attorneys for UMA Group, LTD and Fickry Raphael

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:03-CV-02674 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

J Christopher Davis
LAW OFFICES OF MAIDEN & BENNETT
1155 Halle Park Circle
Collierville, TN 38017

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable Bernice Donald
US DISTRICT COURT